UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| HOME GAMBLING NETWORK, INC. and MEL MOLNICK, | ) ) ) | |
| Plaintiffs, | ) ) ) | 2:05-cv-00610-DAE-LRL |
| v. | ) ) | **MINUTE ORDER** |
| CHRIS PICHE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | Dated:   November 18, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:                 None

COUNSEL FOR PLAINTIFF(S):                 None Appearing

COUNSEL FOR DEFENDANT(S):                 None Appearing

    Before the court is defendants' Motion to Strike #244; or Alternatively to File Sur-Reply to Document #244 (#246). The court has considered the motion (#246), plaintiffs' Opposition (#247), and defendants' Reply (#248).

    On August 5, 2010, plaintiffs filed a Motion for Hearing (#241). On August 9, 2010, the court ordered defendants to file a response to the motion not later than August 13, 2010, 4:00 p.m. Minute Order (#242). The court further limited the length of the response to six pages. Pursuant to the court's order, defendants timely filed their six-page Opposition (#243) on August 13, 2010. The court did not address whether or when a reply should be filed. On August 23, 2010, plaintiffs filed a nineteen-page Reply (#244), which includes detailed legal and factual arguments in support of their demand for default judgment as a sanction against defendants for their alleged wrongful conduct. Because this issue must be fully aired,

    IT IS ORDERED that defendants Motion to Strike #244; or Alternatively to File Sur-Reply to Document #244 (#246) is granted as follows: defendants shall file a sur-reply in response to plaintiffs' Reply (#244). The sur-reply shall be filed not later than **November 30, 2010**.

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**