# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOME GAMBLING NETWORK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> INVERSIONES V.C. DOS MIL, S.A., et al., <br><br> Defendants. | Case No.: 2:05-cv-00610-DAE-LRL <br><br> **ORDER FOR CWC DEFENDANTS' AMENDED EMERGENCY MOTION FOR VARIANCE TO PAGE LIMIT PURSUANT TO LR 7-4** |

The Court has now considered the CWC Defendants' (hereinafter "Defendants") Amended Emergency Motion for Variance to Page Limit Pursuant to LR 7-4 filed on August 29, 2009 (the "Motion"). The Court finds that the Motion is not filed for any dilatory or inappropriate purpose. Accordingly, and for good cause appearing:

IT IS ORDERED Defendants' Motion is GRANTED and Defendants shall have the requested variance of up to five additional pages to LR 7-4 in order to file their brief.

IT IS FURTHER ORDERED that Plaintiffs, in equity, for their Response to the Objection, are granted the same variance of extra pages that are filed by the Defendants.

IT IS FURTHER ORDERED that Defendants' original motion (Doc. 263) is DENIED as MOOT.

SO ORDERED.

Dated this 30th day of August, 2011.

DAVID A. EZRA
UNITED STATES DISTRICT JUDGE