**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOME GAMBLING NETWORK, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>INVERSIONES V.C. DOS MIL, S.A., et al.,<br><br>　　　　Defendants. | Case No.:　2:05-cv-00610-DAE-LRL<br><br>**ORDER FOR<br>CWC DEFENDANTS' MOTION TO<br>FILE REPLY TO DOC. 267<br>PLAINTIFFS' RESPONSE TO<br>OBJECTION** |

　　　　The Court has now considered Doc. 268, the CWC Defendants' (hereinafter "Defendants") Motion to File Reply to Doc. 267, Plaintiffs' Response to Objection  (the "Motion").  The Court finds that the Motion is not filed for any dilatory or inappropriate purpose.  Accordingly, and for good cause appearing, and for the reasons stated in the Motion:

　　　　IT IS ORDERED that Defendants' Motion (Doc. 268) is GRANTED and Defendants shall file their Reply to Doc. 267 within seven (7) days from service of this Order in accord with LR 7–2 and LR 7-4.

　　　　SO ORDERED.

　　　　Dated this 26th day of September, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DAVID A. EZRA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**