IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOME GAMBLING NETWORK, INC., ) <br> a Nevada corporation; MEL MOLNICK, an ) <br> individual, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> CHRIS PICHE and JANE DOE PICHE, ) <br> husband and wife, ADAM ANHANG, a ) <br> single man; EYEBALL NETWORK, INC., ) <br> an unlicensed Canadian venture d/b/a ) <br> EYEBALL NETWORK GAMES, INC.; ) <br> INVERSIONES VC DOS MIL S.A. a Costa ) <br> Rican corporation d/b/a CASINOWEBCAM;) <br> CASINOWEBCAM.COM; ) <br> CASINOWEBCAM.COM, INC.; CWC ) <br> GAMING; CWCGAMING.COM, and ) <br> CWCGAMING.COM, INC., ) <br>  ) <br> Defendants. ) <br> _____) | CV-S-05-0610 DAE-LRL |

ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on Friday, March 23, 2012, at 10:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a courtroom to be assigned, on

CWC Defendants' Objection to Magistrate Report & Recommendation (Doc. # 265).

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, January 19, 2012.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

<u>Home Gambling Network, Inc., et al. vs. Chris Piche, et al.</u>, Civil No. 05-0610 DAE(LRL); ORDER SCHEDULING HEARING