# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HOME GAMBLING NETWORK, INC., *et al.*,

        Plaintiffs,

vs.

CHRIS PICHE, *et al.*,

        Defendants.

2:05-cv-00610-DAE-VCF

**ORDER**

[Joint Request for Telephonic Conference with Court (#299)]

    Before the Court is the Joint Request for Telephonic Conference with Court (#299).

    On October 19, 2012, the parties filed the Joint Request for Telephonic Conference with Court. *Id.* The parties are requesting the Court to hold a telephonic conference to address additional concerns regarding the Evidentiary Hearing.

    IT IS HEREBY ORDERED that the Joint Request for Telephonic Conference with Court (#299) is GRANTED and the telephonic conference is scheduled for October 23, 2012 at 10:00 a.m. in Courtroom 3C. The call in number for the Court's conference line is (702) 868-4911, passcode 123456.

    DATED this 22th day of October, 2012.

                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE