UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HOME GAMBLING NETWORK, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CHRIS PICHE, *et al.*, <br><br> Defendants. | 2:05-cv-00610-DAE-VCF <br><br> **ORDER** <br><br> **(Re: Evidentiary Hearing)** |

Before the Court is the matter of *Home Gambling Network, Inc. et al. v. Chris Piche, et al.* (Case No. 2:05-cv-00610-DAE-VCF). In light of the parties' Joint Request for Telephonic Conference With Court (#299), a telephonic hearing was held on October 23, 2012, at 10:00 a.m., in Courtroom 3C. (#301).

**Parties' Request (#299)**

At the telephonic conference held on October 19, 2012, at 9:45 a.m., the court ordered the parties to meet and confer with their experts to determine a time when the evidentiary hearing could be re-scheduled for. (#300). In the parties' joint request for a telephonic conference, the parties stated that "[c]ounsel have conferred with their experts, and each other, and discovered some concerns that must be addressed with the [c]ourt." (#299). The court held a hearing on October 23, 2012, at 10:00 a.m. (#301).

Upon considering arguments from counsel made during the hearing, and for good cause shown,

IT IS HEREBY ORDERED that plaintiffs may make one copy of the database at issue. The copy must be maintained in accordance with the Protective Order for CWC Defendants' database. (#233).

IT IS FURTHER ORDERED that an Evidentiary Hearing is scheduled for December 11, 2012, at 10:00 a.m, in Courtroom 3B.

IT IS FURTHER ORDERED that, pursuant to Judge Ezra's order (#276), the scope of the Evidentiary Hearing is limited to whether the database is corrupt, or "merely offline," and the categories of evidence for the Evidentiary Hearing are limited as follows: (1) the evidence that was before Magistrate Judge Leavitt when he ruled on the motion for terminating sanctions; (2) the additional evidence submitted in support of and in opposition to defendants' objections to the magistrate's R&R; and (3) the evidence proffered at the March 23, 2012, hearing on defendants' objections.

DATED this 23rd day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE