IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HOME GAMBLING NETWORK, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) )   Civil No. 05-610 DAE-VCF |
| CHRIS PICHE, et al., | ) ) ) |
| Defendants. | ) ) ) |

ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on Wednesday July 24, 2013 at 9:00 a.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in Courtroom 4B, on Defendants' Sealed Motion for Summary Judgment (Doc. # 312), and Plaintiffs' Objection to Report and Recommendation (Doc. # 313).

IT IS SO ORDERED.

DATED: San Antonio, Texas, March 12, 2013.

_____
David Alan Ezra
United States District Judge