IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HOME GAMBLING NETWORK, INC., et al., | |
| Plaintiffs, | |
| vs. | Case No.: 2:05-CV-610-DAE |
| CHRIS PICHE, et al., | |
| Defendants. | |

ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on **Thursday, May 15, 2014 at 1:30 p.m.**, at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in a Courtroom to be determined, on Defendants' Motion for Attorney Fees and Costs (Dkt. # 337.)

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, March 4, 2014.

_____
David Alan Ezra
United States District Judge