IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOME GAMBLING NETWORK, INC., et al., | ) ) ) | 2:05-cv-00610-DAE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CHRIS PICHE, et al., | ) ) | |
| Defendants. | ) | |

ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING

A hearing on the October 23, 2013 Motion for Attorneys' Fees and Costs (Dkt. # 337) brought by Defendants Chris Piche, Inversiones VS Dos Mil, S.A. d/b/a casinowebcam.com ("CWC"), and Eyeball Networks, Inc. (collectively, "Defendants") is currently set for Thursday, May 15, 2014 at 1:30 p.m.

In light of the recent Opinions of United States Supreme Court in Highmark Inc. v. Allcare Health Management System, Inc., No. 12-1163 (Apr. 29, 2014) and Octane Fitness, LLC v. Icon Health & Fitness, Inc, No. 12-1184 (Apr. 29, 2014), the Court hereby **ORDERS** that the parties submit simultaneous supplemental briefing.

The supplemental briefs shall be **no longer than twenty (20) pages in length** and shall be filed **on or before Tuesday, May 6, 2014**.

IT IS SO ORDERED.

DATED: Las Vegas, Nevada, April 29, 2014.

David Alan Ezra
Senior United States Distict Judge