IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOME GAMBLING NETWORK, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Civil No. 05-610 DAE-VCF |
| CHRIS PICHE, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER SCHEDULING HEARING

The Court hereby schedules a hearing on Thursday, March 12, 2015 at 2:30 p.m., at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard, South, Las Vegas, Nevada, in Courtroom 4B, on Defendants' Motion for Attorney Fees (Dkt no. 337), specifically the amount of fees and damages to be awarded.

IT IS SO ORDERED.

DATED: San Antonio, Texas, January 13, 2015.

_____
David Alan Ezra
United States District Judge