IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| HOME GAMBLING NETWORK, INC., et al., | ) ) ) | No. 2:05-CV-610-DAE |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CHRIS PICHE, et al., | ) ) | |
| Defendants. | ) | |

ORDER GRANTING REQUEST FOR ORAL ARGUMENT ON DEFENDANTS'
MOTION FOR ATTORNEY FEES AND COSTS AGAINST COUNSEL

On January 13, 2015, the Court scheduled a hearing for Thursday, March 12, 2015 at 2:30 p.m. at the United States District Court for the District of Nevada, 333 Las Vegas Boulevard South, Las Vegas, Nevada, in Courtroom 4B on Defendants' Motion for Attorney Fees and Costs (Dkt. # 337).   Specifically, the Court will hear oral argument on the amount of fees and damages to be awarded. (Dkt. # 390.)

On January 19, 2015, Defendants filed a Motion for Attorney Fees and Costs Against Plaintiffs' Counsel Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Powers.   (Dkt. # 391.)   Defendants request that the Court hear oral argument on that Motion at the March 12 hearing.   The Court hereby **GRANTS**

Defendants' request and will hear oral argument on the Motion at the March 12 hearing.

        IT IS SO ORDERED.

        DATED: Las Vegas, Nevada, January 29, 2015.

_____
David Alan Ezra
Senior United States Distict Judge