# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Home Gambling Network, Inc., Mel Molnick,

                      Plaintiffs,

      V.

Chris Piche, et al,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:05-cv-00610-DAE-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that the Court awards Defendants $571,001.70 in attorneys' fees, $17,882.83 in costs, and $772,534.26 in damages, for a total award of $1,361,418.79 against Plaintiffs, pursuant to Order #407 entered April 16, 2015.

The Court DENIES Defendants' Motion for Attorney Fees and Costs Against Counsel Pursuant to 28 U.S.C. § 1927 and the Court's Inherent Powers (Dkt. # 391).

 

April 17, 2015                                /s/ Lance S. Wilson

Date                                                  Clerk

                                                              /s/ Molly Morrison

                                                             (By) Deputy Clerk